UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| MARTY NOBLE and HOLLI TELFORD, | ) | Case No. 5:17-cv-5088 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SPECIAL** |
| AMERICAN NATIONAL PROPERTY & | ) | **APPEARANCE** |
| CASUALTY INSURANCE CO., | ) | |
| BOARDWALK PROPERTY MANAGEMENT | ) | |
| CO., KEVEN WEST, LEHI OASIS, LLC, | ) | |
| DAVID L. PARKER, AUSTIN B. CALES, | ) | |
| JARED ELDRIGE in his official capacity, | ) | |
| LARRY DEITER in his official capacity as | ) | |
| Director for the Division of Insurance for the | ) | |
| State of South Dakota, ROBERT J. POULSEN | ) | |
| and POULSEN & SKOUSEN, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned attorney, Rebecca L. Mann of Gunderson, Palmer, Nelson & Ashmore, LLP, of Rapid City, South Dakota, hereby notices her special appearance as counsel on behalf of Boardwalk Property Management Company, Robert J. Poulsen, and Poulsen & Skousen, in the above-entitled action; said appearance not submitting to jurisdiction and not waiving any issues with regard to any defenses whatsoever including, but not limited to, jurisdiction, service of process and failure to state a claim.

-2-

Dated: December 16, 2017.

                GUNDERSON, PALMER, NELSON
                     & ASHMORE, LLP

By: */s/ Rebecca L. Mann*
     Rebecca L. Mann
     *Attorneys for Defendants Boardwalk Property*
     *Management Co., Robert J. Poulsen and Poulsen*
     *& Skousen*
     506 Sixth Street
     P.O. Box 8045
     Rapid City, SD 57709
     Telephone: (605) 342-1078
     Telefax: (605) 342-9503
     E-mail: rmann@gpna.com

## CERTIFICATE OF SERVICE

    I hereby certify on December 16, 2017, a true and correct copy of **NOTICE OF SPECIAL APPEARANCE** was served electronically through the CM/ECF system on the following:

**Holli Telford**
885 US Hwy 385
Oelrichs, SD 57763
Email: hollietelford.1@gmail.com
*Pro Se*

**Richard M. Williams**
Attorney General of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Email: rich.williams@state.sd.us
*Attorneys for Jared Eldrige*

**Darin B. Goff**
Assistant Utah Attorney General
Utah Office of Attorney General
160 E. 300 S. Sixth Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
Email: dgoff@agutah.gov
*Attorneys for Jared Eldrige*

And on December 18, 2017 served via U.S. Mail, first class, postage prepaid upon the following:

**Marty Noble**
885 US HWY 385
Oelrichs, SD 57763
*Pro Se*


By: */s/ Rebecca L. Mann*
       Rebecca L. Mann