UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MARTY NOBLE and HOLLI TELFORD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN NATIONAL PROPERTY & ) <br> CASUALTY INSURANCE CO., ) <br> BOARDWALK PROPERTY MANAGEMENT ) <br> CO., KEVIN WEST, LEHI OASIS, LLC, ) <br> DAVID L. PARKER, AUSTIN B. CALES, ) <br> JARED ELDRIGE in his official capacity, ) <br> LARRY DEITER in his official capacity as ) <br> Director for the Division of Insurance for the ) <br> State of South Dakota, ROBERT J. POULSEN ) <br> and POULSEN & SKOUSEN, ) <br> ) <br> Defendants. ) | Case No. 5:17-cv-5088 <br><br> **MOTION FOR ENLARGEMENT OF TIME** |

COME NOW Defendants Broadway Property Management Company, Robert J. Poulsen, and Poulsen & Skousen, by and through Rebecca L. Mann of Gunderson, Palmer, Nelson & Ashmore, LLP, their attorneys, and move the Court for a 21-day enlargement of time in which to answer or to otherwise respond to Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 6 (b)(1). This is the first request for an enlargement of time.

Plaintiffs filed their original Complaint on November 17, 2017, and purportedly served Broadway Property Management Company, Robert J. Poulsen, and Poulsen & Skousen on November 27 or 28, 2017, resulting in a response due on December 18 or 19, 2017 pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiffs filed an Amended Complaint on December 4, 2017 and pursuant to Fed. R. Civ. P. 15(a)(3), a "response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." It is unclear if Plaintiffs ever served the Amended Complaint, but 14 days from the filing

-2-

date of December 4, 2017 is also December 18, 2017.  Broadway Property Management Company, Robert J. Poulsen, and Poulsen & Skousen request a 21-day enlargement of time to answer or otherwise respond to the Amended Complaint, which is **January 08, 2018.**

Good cause exists because these Defendants are all located in Utah and just secured South Dakota counsel on December 14, 2017.

Dated:  December 16, 2017.

                GUNDERSON, PALMER, NELSON
                  & ASHMORE, LLP

By:  */s/ Rebecca L. Mann*
     Rebecca L. Mann
     *Attorneys for Defendants Boardwalk Property Management Co., Robert J. Poulsen and Poulsen & Skousen*
     506 Sixth Street
     P.O. Box 8045
     Rapid City, SD  57709
     Telephone: (605) 342-1078
     Telefax:  (605) 342-9503
     E-mail:  rmann@gpna.com

## CERTIFICATE OF SERVICE

    I hereby certify on December 16, 2017, a true and correct copy of **MOTION FOR ENLARGEMENT OF TIME** was served electronically through the CM/ECF system on the following:

    **Holli Telford**
    885 US Hwy 385
    Oelrichs, SD 57763
    Email: hollietelford.1@gmail.com
    *Pro Se*

    **Richard M. Williams**
    Attorney General of South Dakota
    1302 E. Highway 14, Suite 1
    Pierre, SD 57501-8501
    Email: rich.williams@state.sd.us
    *Attorneys for Jared Eldrige*

    **Darin B. Goff**
    Assistant Utah Attorney General
    Utah Office of Attorney General
    160 E. 300 S. Sixth Floor
    P.O. Box 140856
    Salt Lake City, UT 84114-0856
    Email: dgoff@agutah.gov
    *Attorneys for Jared Eldrige*

And on December 18, 2017 served via U.S. Mail, first class, postage prepaid upon the following:

    **Marty Noble**
    885 US HWY 385
    Oelrichs, SD 57763
    *Pro Se*

    By: */s/ Rebecca L. Mann*
           Rebecca L. Mann