UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MARTY NOBLE and HOLLI TELFORD, | Case No. 5:17-cv-5088 |
| Plaintiffs, | |
| v. | **AMENDED NOTICE OF SPECIAL APPEARANCE** |
| AMERICAN NATIONAL PROPERTY & CASUALTY INSURANCE CO., BOARDWALK PROPERTY MANAGEMENT CO., KEVIN WEST, LEHI OASIS, LLC, DAVID L. PARKER, AUSTIN B. CALES, JARED ELDRIGE in his official capacity, LARRY DEITER in his official capacity as Director for the Division of Insurance for the State of South Dakota, ROBERT J. POULSEN and POULSEN & SKOUSEN, | |
| Defendants. | |

The undersigned attorney, Rebecca L. Mann of Gunderson, Palmer, Nelson & Ashmore, LLP, of Rapid City, South Dakota, hereby amends her notice of special appearance as counsel to include Boardwalk Property Management Company, Kevin West, Austin Cales, David Parker, Lehi Oasis, LLC, Robert J. Poulsen, and Poulsen & Skousen, in the above-entitled action; said appearance not submitting to jurisdiction and not waiving any issues with regard to any defenses whatsoever including, but not limited to, jurisdiction, service of process and failure to state a claim.

-2-

Dated: December 19, 2017.

          GUNDERSON, PALMER, NELSON
            & ASHMORE, LLP

By: */s/ Rebecca L. Mann*
     Rebecca L. Mann
     *Attorneys for Defendants Boardwalk Property*
     *Management Co., Kevin West, Austin Cales,*
     *David Parker, Lehi Oasis, LLC, Robert J.*
     *Poulsen and Poulsen & Skousen*
     506 Sixth Street
     P.O. Box 8045
     Rapid City, SD 57709
     Telephone: (605) 342-1078
     Telefax: (605) 342-9503
     E-mail: rmann@gpna.com

## CERTIFICATE OF SERVICE

      I hereby certify on December 19, 2017, a true and correct copy of **AMENDED NOTICE OF SPECIAL APPEARANCE** was served electronically through the CM/ECF system on the following:

**Holli Telford**
885 US Hwy 385
Oelrichs, SD 57763
Email: hollietelford.1@gmail.com
*Pro Se*

**Richard M. Williams**
Attorney General of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Email: rich.williams@state.sd.us
*Attorneys for Jared Eldrige*

**Darin B. Goff**
Assistant Utah Attorney General
Utah Office of Attorney General
160 E. 300 S. Sixth Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
Email: dgoff@agutah.gov
*Attorneys for Jared Eldrige*

And on December 19, 2017 served via U.S. Mail, first class, postage prepaid upon the following:

**Marty Noble**
885 US HWY 385
Oelrichs, SD 57763
*Pro Se*

      By:  */s/ Rebecca L. Mann*
                Rebecca L. Mann