**PROCESS SERVED: SUMMONS AND FIRST AMENDED COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **USDC-South Dakota, Western Division   5:17-cv-5088**

# FILED

**PROOF OF SERVICE**

Dec 27 2017

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK

This summons for *(name of individual and title, if any)*  **Austin Cales**

was received by me on *(date)*  **November 28, 2017**  .

☒ I personally served the summons on the individual at *(place)*  **The defendant's place of business @**
**490 Dorthea Way,  North Salt Lake, UT 84054**  on *(date)* **November 28, 2017**, or
**by personally serving the co-partner also owning Lehi Oasis LLC David L. Parker**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   **25.00**   for travel and $   **100**   for services, for a total of $   **125.00**

I declare under penalty of perjury that this information is true.

Date:  **12/6/2017**

_____
*Server's signature*

**Kim Telford**
*Printed name and title*

**229 N. Pine Street**
**Gordon,  NE 69343**

_____
*Server's address*

Additional information regarding attempted service, etc:


*** service was photographed

**PROCESS SERVED: SUMMONS AND FIRST AMENDED COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. USDC-South Dakota, Western Division   5:17-cv-5088

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)   David L. Parker

was received by me on (date)   November 28, 2017   .

☒ I personally served the summons on the individual at (place)   The defendant's home @
490 Dorthea Way, North Salt Lake, UT 84054   on (date) November 28, 2017; or
David L. Parker personally received the summons

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____, a person of suitable age and discretion who resides there,
on (date) _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 25.00 for travel and $ 100 for services, for a total of $ 125.00

I declare under penalty of perjury that this information is true.

Date:  12/6/2017

_____
Server's signature

Kim Telford
Printed name and title

229 N. Pine Street
Gordon,  NE 69343

_____
Server's address

Additional information regarding attempted service, etc:

***   service was photographed

**PROCESS SERVED: SUMMONS AND FIRST AMENDED COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.      **USDC-South Dakota, Western Division    5:17-cv-5088**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    **LEHI OASIS LLC**

was received by me on *(date)*   November 28, 2017    .

  ☒ I personally served the summons on the individual at *(place)*   **The defendant's place of business @ 490 Dorthea Way,  North Salt Lake, UT 84054**   on *(date)* **November 28, 2017**; or **by personally serving the person owning this business David L. Parker**

  ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  ☐ I returned the summons unexecuted because _____ ; or

  ☐ Other *(specify):*


My fees are $   **25.00**   for travel and $   **100**   for services, for a total of $   **125.00**

I declare under penalty of perjury that this information is true.

Date:   12/6/2017

                                      *Server's signature*

                                  **Kim Telford**
                                  *Printed name and title*

                                  **229 N. Pine Street**
                                  **Gordon,  NE 69343**

                                      *Server's address*

Additional information regarding attempted service, etc:

         ***   service was photographed