

FILED
DEC 27 2017
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF SOUTH DAKOTA

| | |
|---|---|
| MARTY NOBLE AND HOLLI TELFORD<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN NATIONAL PROPERTY & CASUALTY INSURANCE CO; BOARDWALK PROPERTY MANAGEMENT CO., KEVIN WEST, LEHI OASIS, LLC; DAVID L PARKER, AUSTIN B. CALES; JARED ELDRIGE in his official Capacity, LARRY DEITER in his official official capacity as Director for the Division of Insurance for the state of South Dakota, ROBERT J. POULSEN and POULSEN & SKOUSEN<br><br>Defendants | CIVIL No. **5:17-cv-5088**<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY** |

An original Complaint was filed on November 17, 2017. A First Amended Complaint was subsequently filed and served upon Defendant' American National Property and Casualty Insurance Company's in state agent of service, the South Dakota Department of Insurance attentioned Larry Deiter Director, on November 28, 2017. Two copies of the First Amended Complaint, two copies of the summonses, a $10 check and an instruction letter were included as required by this agent of service.

This Defendant had until December 19, 2017 in which to file an answer or to otherwise respond to plaintiff's First Amended Complaint. No answer or pleading has been filed by this defendant as required by law.

Therefore Plaintiffs hereby request that a clerk of this Court enter the default of this Defendant, American National Property and Casualty Insurance Company, pursuant to Federal Rules of Civil Procedure, Rule 55(a).

Dated December 20, 2017

_____  _____
Holli Lundahl                          Marty Noble