UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Marty Noble and Holli Telford, | ) | CIV. 17-5088 |
| | ) | |
| Plaintiffs, | ) | CLERK'S ENTRY OF DEFAULT |
| | ) | |
| vs. | ) | |
| | ) | |
| American Nat'l Property & Cas. Ins. Co., Boardwalk Property Management Co., Kevin West, Lehi Oasis, LLC, David L. Parker, Austin B. Cales, Jered Eldridge in his official capacity, Robert J. Poulsen, Poulsen and Skousen, and Larry Deiter, in his official capacity as Dir. for the Div. of Ins. for the State of South Dakota, | ) | |
| Defendants. | ) | |

On December 27, 2017, Plaintiffs Marty Noble and Holli Telford moved for entry of default against defendant American National Property & Casualty Insurance Co. ("American National") pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure. Doc. 28.

Plaintiffs filed their original Complaint on November 17, 2017. Doc. 1. Summonses were issued on November 24, 2017. Doc. 5. On November 27, 2017, a summons and a copy of Plaintiffs' First Amended Complaint were served on American National pursuant to S.D.C.L. 58-6-39. Doc. 23 at 3. The First Amended Complaint was filed a week later on December 4, 2017. Doc. 8. American National's answer was due on December 18, 2017.

Rule 55 (a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The time for American National to answer has passed. Accordingly, the Clerk files this Entry of Default in favor of Plaintiffs and against American

1

National pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 28th day of December, 2017.

JOSEPH HAAS,
CLERK OF COURT

BY   /s/ *Tammy Ludeman*
     Tammy Ludeman
     Deputy in Charge
     515 Ninth Street, Rm 302
     Rapid City, SD 57701