UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MARTY NOBLE and HOLLI TELFORD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN NATIONAL PROPERTY & ) <br> CASUALTY INSURANCE CO., ) <br> BOARDWALK PROPERTY MANAGEMENT ) <br> CO., KEVIN WEST, LEHI OASIS, LLC, ) <br> DAVID L. PARKER, AUSTIN B. CALES, ) <br> JARED ELDRIGE in his official capacity, ) <br> LARRY DEITER in his official capacity as ) <br> Director for the Division of Insurance for the ) <br> State of South Dakota, ROBERT J. POULSEN ) <br> and POULSEN & SKOUSEN, ) <br> ) <br> Defendants. ) | Case No.  5:17-cv-5088 <br><br><br><br> **MOTION TO DISMISS** |

COME NOW Defendants, Boardwalk Property Management Company, Kevin West, Austin Cales, David Parker, Lehi Oasis, LLC, Robert J. Poulsen, and Poulsen & Skousen (collectively "Boardwalk Defendants") by and through Rebecca L. Mann of Gunderson, Palmer, Nelson & Ashmore, LLP, their attorneys, and hereby moves to dismiss the Amended Complaint Pursuant to Fed. R. Civ P. 12(b)(2) and 12(b)(6).  This Court lacks personal jurisdiction over the Boardwalk Defendants and Plaintiffs' claims fail to state a claim upon which relief can be granted against Defendants Kevin West, Austin Cales, David Parker, Lehi Oasis, LLC.

This Motion is supported by Memorandum in Support of Motion to Dismiss filed contemporaneously herewith and the pleadings on file with this Court.

-2-

Dated: January 8, 2018.

        GUNDERSON, PALMER, NELSON
          & ASHMORE, LLP

By:  */s/ Rebecca L. Mann*
     Rebecca L. Mann
     *Attorneys for Defendants Boardwalk Property*
     *Management Co., Kevin West, Austin Cales,*
     *David Parker, Lehi Oasis, LLC, Robert J.*
     *Poulsen and Poulsen & Skousen*
     506 Sixth Street
     P.O. Box 8045
     Rapid City, SD 57709
     Telephone: (605) 342-1078
     Telefax: (605) 342-9503
     E-mail: rmann@gpna.com

## CERTIFICATE OF SERVICE

I hereby certify on January 8, 2018, a true and correct copy of **MOTION TO DISMISS** was served electronically through the CM/ECF system on the following:

**Holli Telford**
885 US Hwy 385
Oelrichs, SD 57763
Email: hollietelford.1@gmail.com
*Pro Se*

**Richard M. Williams**
Attorney General of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Email: rich.williams@state.sd.us
*Attorneys for Jared Eldrige*

**Darin B. Goff**
Assistant Utah Attorney General
Utah Office of Attorney General
160 E. 300 S. Sixth Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
Email: dgoff@agutah.gov
*Attorneys for Jared Eldrige*

And on January 9, 2018 served via U.S. Mail, first class, postage prepaid upon the following:

**Marty Noble**
885 US HWY 385
Oelrichs, SD 57763
*Pro Se*

By: */s/ Rebecca L. Mann*
    Rebecca L. Mann