# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| MARTY NOBLE AND HOLLI TELFORD, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN NATIONAL PROPERTY & CASUALTY INSURANCE CO.; BOARD-WALK PROPERTY MANAGEMENT CO., KEVIN WEST, LEHI OASIS, LLC; DAVID L. PARKER, AUSTIN B. CALES; JERED ELDRIGE in his official capacity, LARRY DEITER in his official capacity as Director for the Division of Insurance for the State of South Dakota, ROBERT J. POULSEN and POULSEN & SKOUSEN. <br><br> Defendants. | CIVIL No. 17-5088 <br><br> **AMERICAN NATIONAL PROPERTY & CASUALTY'S REPLY TO PLAINTIFF'S OPPOSITION BRIEF AND JOINED MOTION TO STRIKE [DOC. 37]** |

American National Property and Casualty (AMPAC) hereby replies to the Plaintiff's Opposition Brief and Motion to Strike [Doc. 37] to AMPAC's Motion to Set Aside the Clerk's Default [Doc. 31]. This reply is supported by a memorandum contemporaneously filed.

Dated this 19th day of January, 2018.

/s/ Gregory J. Sperlich
Gregory J. Sperlich
DEMERSSEMAN JENSEN
 TELLINGHUISEN & HUFFMAN, LLP
*Attorneys for Defendant American National Property & Casualty Insurance Co.*
516 5th Street; PO Box 1820
Rapid City, SD 57709
(605) 342-2814
gjs@demjen.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January, 2018, a true and correct copy of the foregoing *Notice of Special Appearance* was served electronically through the CM/ECF system on the following:

| | | |
|---|---|---|
| Holli Telford | [ ] | U.S. Mail |
| 885 US Hwy 385 | [ ] | Hand Delivery |
| Oelrichs, SD 57763 | [ ] | Facsimile |
| hollietelford.1@gmail.com | [ ] | Overnight Delivery |
| | [x] | Electronic Case Filing |
| | | |
| Rebecca L. Mann | [ ] | U.S. Mail |
| rmann@gpna.com | [ ] | Hand Delivery |
| *Attorney for Defendants Boardwalk* | [ ] | Facsimile |
| *Property Management Co., Kevin West,* | [ ] | Overnight Delivery |
| *Austin Cales, David Parker, Lehi Oasis,* | [x] | Electronic Case Filing |
| *LLC, Robert J. Poulsen and Poulsen & Skousen* | | |
| | [ ] | U.S. Mail |
| Darin B. Goff | [ ] | Hand Delivery |
| Assistant Utah Attorney General | [ ] | Facsimile |
| dgoff@agutah.gov | [ ] | Overnight Delivery |
| *Attorney for Jared Eldrige* | [x] | Electronic Case Filing |
| | [ ] | U.S. Mail |
| Richard M. Williams | [ ] | Hand Delivery |
| Attorney General of South Dakota | [ ] | Facsimile |
| rich.williams@state.sd.us | [ ] | Overnight Delivery |
| *Attorney for Jared Eldrige* | [x] | Electronic Case Filing |

and on January 19th, 2018 served via U.S. Mail, first class, postage prepaid upon the following:

Marty Noble
885 US Hwy 385
Oelrichs, SD 57763

/s/ Gregory J. Sperlich
Gregory J. Sperlich