UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MARTY NOBLE and HOLLI TELFORD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>AMERICAN NATIONAL PROPERTY & CASUALTY INSURANCE CO; BOARDWALK PROPERTY MANAGEMENT CO.; KEVIN WEST; LEHI OASIS, LLC; DAVID L PARKER; AUSTIN B. CALES; JARED ELDRIGE in his official capacity; LARRY DEITER in his official capacity as Director for the Division of Insurance for the state of South Dakota; ROBERT J. POULSEN and POULSEN & SKOUSEN,<br><br>    Defendants. | CIV. 17-5088-JLV<br><br><br><br>ORDER |

Consistent with the court's order (Docket 88), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiffs.

Dated February 26, 2018.

                        BY THE COURT:

                        /s/ *Jeffrey L. Viken*
                        JEFFREY L. VIKEN
                        CHIEF JUDGE